U.S. DISTRICT COURT OF MIDDLE FLORIDA
OFFICE OF THE CLERK: Hon Chief Judge
401 W. Central Blvd #1200 Orlando Florida 32801
APRIL 6. 2023

Andrew Suh
A petitioner

V.

Dept of Justice
Respondent

under 42 USC 1983
a civil rights action
own solely

a complaint by Federal or
the law of the state for injury

FILED 2023 MAR 27 PM 4:31 US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO FLORIDA

Tax payer Damage or no discrimination by Jury
a writ of attachment, garnishment an owneship amount
of damage is ~~Ten millions dollars~~ Reduce to Five millions dollars for earlier, not now. I am injured to
Redress required, For plus Ten Thousand dollars every month living
Cost. without Tax and citizenship papers. I want visit to Seoul Korea
                a claim by Andrew Suh     a pro se required

The Final decision
if. more
Than End of
November, 2022
I will plus charge
Fifty millions
dollars charged.
- Consolidated -
For my age's
Please pay in
Full Within Two
Year For End of
2024. and a
"merger"
a limitation
an estate
by cash
only one
10% now
Cash one Time
Pay Tax

Reason by no enhancement sentence
        no discrimination
                name: Andrew Suh
                B72067
an amended, a relief     Address: 2600 N. Brinton Ave
a forthwith, an extend           Dixon, IL 61021

Date: April 6. 2023

A Notice of Appeal

U.S. District Court For the ~~Central~~ District of ~~California~~ Florida
middle          April 6, 2023

Andrew Suh
A Petitioner

FILED 2023 MAR 27 PM [?] U.S. DISTRICT COURT MIDDLE DISTRICT OF FL ORLANDO FLORIDA

A Notice of Appeal

V.

Dept of Justice
Respondent

Docket no.
2:21-CV-07564 GW-KS

a writ of certiorari
a use
an equitable ownership
an appropriated
an immediately
a within ten days
The Last day For Filing
~~Double cost~~

Notice: a party: Andrew Suh

Date:

name: Andrew Suh
B72067
Address: 2600 N. Brinton Ave
Dixon, IL 61021

a covenant  Continue. Primary
a decision   Facts, Parties, condon
a determination   Date: April 6, 2023
a conclude
a no more     at least Three-Fourth of, an End, Plus Twenty millions dollars    again plus Twenty millions dollar
a case        a Rehearing, a Relief, a granted, an amended, an admitted, a conclude
an order      a petition for a writ of certiorari to a Review, a case, a Judgment, a Reviewed
warranty      a good cause, a good Faith, June 16, 22 again notice; a Reversal, one, only o[?]
a deed        a Jurisdiction to Supreme Court, a decision, one consider, one Final iF
continuing    more than End of July, 2022 Than, Plus charged double cost all of...
              For Time to Time shall be vested, ordain, establish, Courts, Congress, Know [?]
              I will Conduct myself, I will Support the Constitution of the United Sta[tes]
I believe That I am entitled to Redress,    Since: 1993-2022, D.O.B. 1940